UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Search Warrant of          :     Magistrate No. 0 7 - 5 1 8 - M - 0 1
                                 :
Yahoo!, Inc.                     :
701 First Avenue                 :
Sunnyvale, California            :     FILED UNDER SEAL

**FILED**

**OCT 2 5 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the motion to seal the application and affidavit in support of the above-captioned Search Warrant, it is this 25th Day of October, 2007,

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the search warrant, the application for search warrant, the affidavit in support of the application for search warrant, and all attachments thereto, filed in support of the above-captioned Search Warrant, be sealed until further order of the Court and further **ORDERED** that Yahoo!, Inc., is not to notify any person of the existence of the warrant or related documents until further order of the court.

It is further **ORDERED** that the government may disclose the results of the search executed in this matter with Romanian law enforcement authorities.

_____
UNITED STATES MAGISTRATE

cc:

Gavin A. Corn
Trial Attorney
Computer Crimes & Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Ste. 500
Washington, DC 20032