UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Search Warrant of | : | Magistrate No. 07-518-M-01 |
| | : | |
| Yahoo!, Inc., | : | |
| 701 First Avenue | : | |
| Sunnyvale, California | : | |
| | : | |

**MOTION TO UNSEAL SEARCH WARRANT, AFFIDAVIT
IN SUPPORT OF APPLICATION, APPLICATION FOR SEARCH WARRANT, AND
ATTACHMENTS THERETO
<u>AND MEMORANDUM IN SUPPORT THEREOF</u>**

The United States of America, by and through its undersigned attorney, respectfully moves the Court for an Order directing that the search warrant, the application for search warrant, the affidavit in support of the application for search warrant, and all attachments thereto relating to a search warrant of Yahoo!, Inc., 701 First Avenue, Sunnyvale, California, be unsealed. In support of its motion, the government states as follows:

1. On October 25, 2007, this Court issued a search warrant in the above-captioned case and entered an Order sealing the search warrant and all related materials. The Court also authorized the United States to share the materials obtained through the search warrant with law enforcement authorities in Romania.

2. On November 13, 2007, the Romanian charged 22 defendants, and arrested nine defendants, and searched over 20 locations in connection with the above captioned matter. Accordingly, there is no longer a need to maintain the above-referenced materials under seal.

WHEREFORE, for all the foregoing reasons, the government respectfully requests that the Court enter an Order unsealing the search warrant, the application for search warrant, the affidavit in support of the application for search warrant, and all attachments thereto, in the

above-captioned matter.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

By:      /s/
        Gavin A. Corn
        Trial Attorney
        Computer Crimes & Intellectual Property Section
        United States Department of Justice
        1301 New York Avenue, NW
        Ste. 500
        Washington, DC 20032
        (202) 353-9076