UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Search Warrant of | : | Magistrate No. 07-518-M-01 |
| | : | |
| Yahoo!, Inc. | : | |
| 701 First Avenue | : | |
| Sunnyvale, California | : | **FILED UNDER SEAL** |

**FILED**
NOV 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

### ORDER

Upon consideration of the motion to unseal the application and affidavit in support of the above-captioned Search Warrant, it is hereby:

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the search warrant, the application for search warrant, the affidavit in support of the application for search warrant, and all attachments thereto, filed in support of the above-captioned Search Warrant, be **UNSEALED**.

Dated: November 23, 2007

_____
UNITED STATES MAGISTRATE

cc:

Gavin A. Corn
Trial Attorney
Computer Crimes & Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Ste. 500
Washington, DC 20032